FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 6 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01886-BNB

JASON G. COMPTON,

   Applicant,

v.

THE ELBERT COUNTY SHERIFF'S OFFICE, and
LT. FIRKO,

   Respondents.

---

ORDER VACATING JULY 29, 2011
ORDER TO CURE DEFICIENCIES

---

On July 29, 2011, the Court entered an Order Directing Applicant to Cure Deficiencies and instructed Applicant either to pay the $5.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The July 29 Order will be vacated, however, because Applicant has submitted the filing fee. Inadvertently, the fee was applied to a closed case, Case No. 09-cv-01079-ZLW, rather than the instant action. The Finance Division for the Court has transferred Receipt No. COX039641 from Case No. 09-cv-01079-ZLW to this action, reflecting the $5.00 filing fee payment in this action. Accordingly, it is

ORDERED that the Court's July 29, 2011 Order Directing Applicant to Cure Deficiencies, Doc. No. 3, is vacated. It is

FURTHER ORDERED that Applicant has paid the $5.00 filing fee in this case. See Receipt No. COX039641.

DATED August 26, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01886-BNB

Jason G Compton
Elbert County Jail
PO Box 486
Kiowa, CO 80117

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 26, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk