IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01886-BNB

JASON G. COMPTON,

    Plaintiff,

v.

ELBERT COUNTY SHERIFF'S OFFICE, and
FIRKO,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 03 2011

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff, Jason G. Compton, currently is detained at the Elbert County Jail in Kiowa, Colorado. Mr. Compton, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order entered on August 26, 2011, Magistrate Judge Boyd N. Boland found that Mr. Compton is asserting civil rights claims rather than habeas corpus claims. Mr. Compton asserts that he is being denied legal copies and the right to file legal documents, and he seeks injunctive relief.

Relying on *Standifer v. Ledezma*, --- F.3d ---, 2011 WL 3487074 at *3 (10th Cir. Aug. 10, 2011) (stating that "[i]t is well-settled law that prisoners who wish to challenge only the conditions of their confinement, as opposed to its fact or duration, must do so through civil rights lawsuits filed pursuant to 42 U.S.C. § 1983 . . . ."), Magistrate Judge Boland construed the action as filed pursuant to 42 U.S.C. § 1983 and instructed Mr. Compton to submit his claims on a Court-approved form used in filing prisoner

complaints. Mr. Compton also was instructed to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, if he desired to proceed *in forma pauperis*. Otherwise, he was directed to pay the $350.00 filing fee prior to proceeding in the action.

Mr. Compton has failed to communicate with the Court, and as a result he has failed to cure the above-noted deficiencies within the time allowed.

Upon review of the § 2241 application form that Mr. Compton submitted, the Court finds, as did Magistrate Judge Boland, that the claims Mr. Compton raises more properly are asserted in a prisoner complaint. Therefore, the Complaint and action will be dismissed for failure to comply with Magistrate Judge Boland's August 26, 2011 Order. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the August 26, 2011 Order.

DATED at Denver, Colorado, this  3rd  day of    October   , 2011.

BY THE COURT:


s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01886-BNB

Jason G Compton
Elbert County Jail
PO Box 486
Kiowa, CO 80117

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 3, 2011.

                                        GREGORY C. LANGHAM, CLERK

By: _____
                                              Deputy Clerk